IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING

FILED IN THE
US BANKRUPTCY COURT
DISTRICT OF WYOMING
MAR 25 2025 PM02:56
J. ELLIS, CLERK

In re:

CHRISTOPHER MICHAEL BICKFORD,

Debtor[s].

Case No. 24-20508

---

CHRISTOPHER MICHAEL BICKFORD,

Plaintiff[s],

v.

United States Department of Education,
[et al.],

Defendant[s].

Adv. Proc. No. _____

**ATTESTATION OF CHRISTOPHER MICHAEL BICKFORD
IN SUPPORT OF REQUEST FOR STIPULATION
CONCEDING DISCHARGEABILITY OF STUDENT LOANS**

I, CHRISTOPHER MICHAEL BICKFORD, make this Attestation in support of my

claim that excepting the student loans described herein from discharge would cause an "undue

hardship" to myself and my dependents within the meaning of 11 U.S.C. §523(a)(8). In support

of this Attestation, I state the following under penalty of perjury:

I.      PERSONAL INFORMATION

1.      I am over the age of eighteen and am competent to make this Attestation.

2.      I reside at 153 ½ N Day St, in Park County, Wyoming.

3.      My household includes the following persons (including myself):

| | | |
|---|---|---|
| CHRISTOPHER MICHAEL BICKFORD | 38 | Self |
| LATISHIA RICHALE ROBERTS | 25 | Household Member |

1

rev. 4/2024

ANDRE KAI CUELLAR                          7            Household Member Son

AMAYA MAY BICKFORD                         0            Daughter

_____ [full name]   _____ [age]   _____ [relationship]

*Questions four through nine request information related to your outstanding student loan debt and your educational history. The Department of Education will furnish this information to the Assistant United States Attorney ("AUSA") handling your case, and it should be provided to you. If you agree that the information provided to you regarding your student loan debt and educational history is accurate, you may confirm that you agree. If you have not received the information from the Department of Education or the AUSA at the time you are completing this form, or if the information is not accurate, you may answer these questions based upon your own knowledge. If you have more than one student loan which you are seeking to discharge in this adversary proceeding, please confirm that the AUSA has complete and accurate information for each loan or provide that information for each loan.*

4.      I confirm that the student loan information and educational history provided to me and attached to this Attestation is correct: _____ YES / _____ NO.

5.      The outstanding balance of the student loan[s] I am seeking to discharge in this adversary proceeding is **$ 58,923.02**

6.      *Please complete the applicable paragraph:*

   A.      The current monthly payment on such loan[s] is 0.

   B.      The loan[s] are scheduled to be repaid in 11 years and 3 months

7.      I incurred the student loan[s] I am seeking to discharge while attending Northwest College, located in Powell, WY where I was pursuing a AAS degree with a specialization in Music Technology.

8.      *Please complete the applicable paragraph:*

   A.      In May of 2014, I completed my course of study and received a AAS degree.

9.      *Please complete the applicable paragraph:*

2

rev. 4/2024

A.    I am currently self-employed in service and installation. My business

names and addresses are First Choice Garage Doors LLC at 153 N Day St

Powell, Wy and Club Nite LLC at 158 N Day St Powell, Wy.

## II.    CURRENT INCOME AND EXPENSES

10.    I do not have the ability to make payments on my student loans while maintaining

a minimal standard of living for myself and my household. I submit the following information to

demonstrate this:

3

### A. *Household Gross Income*

11.　My current monthly household *gross* income from all sources is $ 3,089.82.[1] This amount includes the following monthly amounts:

_____0_____ my *gross* income from employment (if any)

_____0_____ my unemployment benefits

_____0_____ my Social Security Benefits

$　2,120.5____ my gross income from self-employment

_____0_____ my _____

_____0_____ my _____

_____969.32___ *gross* income from employment of other members of household

_____0_____ unemployment benefits received by other members of household

_____0_____ Social Security benefits received by other members of household

_____0_____ other income from any source received by other members of household

12.　The current monthly household gross income stated above (select which applies):

____✓__ Includes a monthly average of the gross income shown on the most recent tax return[s] filed for myself and other members of my household, which are attached, and the amounts stated on such tax returns have not changed materially since the tax year of such returns; **OR**

_____ Represents an average amount calculated from the most recent two months of gross income stated on four (4) consecutive paystubs from my current employment, which are attached; **OR**

---

[1] "Gross income" means your income before any payroll deductions (for taxes, Social Security, health insurance, etc.) or deductions from other sources of income. You may have included information about your gross income on documents previously filed in your bankruptcy case, including Form B-106I, Schedule I – Your Income (Schedule I). If you filed your Schedule I within the past 18 months and the income information on those documents has not changed, you may refer to that document for the income information provided here. If you filed Schedule I more than 18 months prior to this Attestation, or your income has changed, you should provide your new income information.

4

rev. 4/2024

_____ My current monthly household gross income is not accurately reflected on either recent tax returns or paystubs from current employment, and I have submitted instead the following documents verifying current gross household income from employment of household members: _____

_____.

13.     In addition, I have submitted _____N/A_____ verifying the sources of income other than income from employment, as such income is not shown on [most recent tax return[s] or paystubs].

### B. *Monthly Expenses*

14.     My current monthly household expenses do/do not exceed the amounts listed below based on the number of people in my household for the following categories:

(a)     Living Expenses[2]

i.      My expenses for food                    ☐ do exceed  ☑ do not exceed
        $458 (one person)
        $820 (two persons)
        $977 (three persons)
        $1,143 (four persons)

ii.     My expenses for housekeeping supplies    ☐ do exceed  ☑ do not exceed
        $44 (one person)
        $75 (two persons)
        $83 (three persons)
        $82 (four persons)

iii.    My expenses for apparel and services     ☐ do exceed  ☑ do not exceed
        $87 (one person)
        $157(two persons)
        $187 (three persons)
        $300 (four persons)

iv.     My expenses for (non-medical) personal   ☐ do exceed  ☑ do not exceed

---

[2] The living expenses listed in Questions 14 and 15 have been adopted from the Internal Revenue Service Collection Financial Standards "National Standards" and "Local Standards" effective April 2024. This form is updated annually to reflect changes to these expenses.

rev. 4/2024

care products and services
$48 (one person)
$80 (two persons)
$87 (three persons)
$97 (four persons)

v.      My miscellaneous expenses (not included     ☐ do exceed  ☑ do not exceed
elsewhere on this Attestation)
$171 (one person)
$279 (two persons)
$343 (three persons)
$405 (four persons)

vi.      My total expenses in these categories      ☐ do exceed  ☑ do not exceed
$808 (one person)
$1,411 (two persons)
$1,677 (three persons)
$2,027 (four persons)
Add $386 per each additional member if more than four in household.

*If you answered that your total expenses for any of the categories (i) through (v)
exceed the applicable amount listed in those categories, and you would like the AUSA
to consider your additional expenses for any such categories as necessary, you may list
the total expenses for any such categories and explain the need for such expenses here.
(You do not need to provide any additional information if you answered that your total
expenses did not exceed the applicable amount listed in subsection (vi)).*

_____

_____

_____

_____.

(b)      Uninsured medical costs:

My uninsured, out of pocket medical costs _____ do exceed / ✓ do not exceed:

$83 (per household member under 65)
$158 (per household member 65 or older)

*If you answered that your uninsured, out of pocket medical costs exceed the listed
amounts for any household member, and you would like the AUSA to consider such
additional expenses as necessary, you may list the household member's total expenses
and explain the need for such expenses here.*

6

rev. 4/2024

_____

_____

_____

_____.

[If you filed a Form 122A-2 Chapter 7 Means Test or 122C-2 Calculation of Disposable Income in your bankruptcy case, you may refer to lines 6 and 7 of those forms for information.][3]

15.     My current monthly household expenses in the following categories are as

follows:

(a)     Payroll Deductions

i.      Taxes, Medicare and Social Security          $_____80.30_____
        [You may refer to line 16 of the Means Test or Schedule I, line 5]

ii.     Contributions to retirement accounts          $_____0_____
        [You may refer to line 17 of the Means Test or Schedule I, line 5]

        Are these contributions required
        as a condition of your employment?          ____ YES / ____ NO

iii.    Union dues                                    $_____0_____
        [You may refer to line 17 of the Means Test or Schedule I, line 5]

iv.     Life insurance                                $_____0_____
        [You may refer to line 18 of the Means Test or Schedule I, line 5]

        Are the payments for a term policy          ____ YES / ____ NO
        covering your life?
v.      Court-ordered alimony and child support       $_____0_____
        [You may refer to line 19 of the Means Test or Schedule I, line 5]

vi.     Health insurance                              $_____0_____
        [You may refer to line 25 of the Means Test or Schedule I, line 5]

_____

[3] Forms 122A-2 and 122C-2 are referred to collectively here as the "Means Test." If you filed a Means Test in your bankruptcy case, you may refer to it for information requested here and in other expense categories below. If you did not file a Means Test, you may refer to your Schedule I and Form B-106J – Your Expenses (Schedule J) in the bankruptcy case, which may also list information relevant to these categories. You should only use information from these documents if your expenses have not changed since you filed them.

rev. 4/2024

Does the policy cover any persons other than yourself and your family members?    ____ YES / ✓ NO

vii.    Other payroll deductions

_____    $ _____0_____

_____    $ _____

_____    $ _____

(b)    Housing Costs[4]

i.    Mortgage or rent payments    $ _____1,280_____

ii.    Property taxes (if paid separately)    $ _____N/A_____

iii.    Homeowners' or renters' insurance
(if paid separately)    $ _____N/A_____

iv.    Home maintenance and repair
(average last 12 months' amounts)    $ _____N/A_____

v.    Utilities (include monthly gas, electric
water, heating oil, garbage collection,
residential telephone service,
cell phone service, cable television,
and internet service)    $ _____405_____

(c)    Transportation Costs

i.    Vehicle payments (itemize per vehicle)    $ _____560_____

ii.    Monthly average costs of operating vehicles
(including gas, routine maintenance,
monthly insurance cost)    $ _____200_____

iii.    Public transportation costs    $ _____0_____

---

[4] You should list the expenses you actually pay in Housing Costs and Transportation Costs categories. If these expenses have not changed since you filed your Schedule J, you may refer to the expenses listed there, including housing expenses (generally on lines 4 through 6 of Schedule J) and transportation expenses (generally on lines 12, 15c, and 17).

8

rev. 4/2024

(d)      Other Necessary Expenses

i.      Court-ordered alimony and child support payments  $ _____0_____
        (if not deducted from pay)
        [You may refer to line 19, Form 122A-2 or 122C-2 or Schedule J, line 18]

ii.      Babysitting, day care, nursery and preschool costs   $ _____0_____
        [You may refer to line 21, Form 122A-2 or 122C-2 or Schedule J, line 8][5]

        Explain the circumstances making it necessary for you to expend this
        amount:

        _____

        _____

        _____.


iii.     Health insurance                                       $ _____0_____
        (if not deducted from pay)
        [You may refer to line 25 of the Means Test or Schedule J, line 15]

        Does the policy cover any persons other than        ____ YES / ____ NO
        yourself and your family members?

iv.     Life insurance                                          $ _____0_____
        (if not deducted from pay)
        [You may refer to line 25 of the Means Test or Schedule J, line 15]

        Are the payments for a term policy                  ____ YES / ____ NO
        covering your life?

v.      Dependent care (for elderly or disabled             $ _____0_____
        family members)
        [You may refer to line 26 of the Means Test or Schedule J, line 19]

        Explain the circumstances making it necessary for you to expend this
        amount:

        _____

        _____

        _____.

---

[5] Line 8 of Schedule J allows listing of expenses for "childcare and children's education costs." You should not list any educational expenses for your children here, aside from necessary nursery or preschool costs.

9

rev. 4/2024

vi.     Payments on delinquent federal, state or local tax debt $_____N/A_____
[You may refer to line 35 of the Means Test or Schedule J, line 17]

Are these payments being made pursuant      ____ YES / ___ NO
to an agreement with the taxing authority?

vii.    Payments on other student loans      $_____0_____
I am not seeking to discharge

viii.   Other expenses I believe necessary for    $_____N/A_____
a minimal standard of living

Explain the circumstances making it necessary for you to expend this
amount:

_____

_____

_____.

16.    After deducting the foregoing monthly expenses from my household gross income, I have $19.82 [no, or amount] remaining income.

17.    In addition to the foregoing expenses, I anticipate I will incur additional monthly expenses in the future for my, and my dependents', basic needs that are currently not met.[6] These include the following:

_____

_____

_____

_____

### III.    FUTURE INABILITY TO REPAY STUDENT LOANS

18.    For the following reasons, it should be presumed that my financial circumstances

---

[6] If you have forgone expenses for any basic needs and anticipate that you will incur such expenses in the future, you may list them here and explain the circumstances making it necessary for you to incur such expenses.

rev. 4/2024

are unlikely to materially improve over a significant portion of the repayment period (answer all that apply):

_____ I am over the age of 65.

___✓___ The student loans I am seeking to discharge have been in repayment status for at least 10 years (excluding any period during which I was enrolled as a student).

_____ I did not complete the degree for which I incurred the student loan[s].

Describe how not completing your degree has inhibited your future earning capacity:

_____

_____

_____

_____ I have a permanent disability or chronic injury impacting my income potential.

Describe the disability or injury and its effects on your ability to work, and indicate whether you receive any governmental benefits attributable to this disability or injury:

_____

_____

_____

_____ I have been unemployed for at least five of the past ten years.

Please explain your efforts to obtain employment.

_____

_____

_____

19.    For the following additional reasons, my financial circumstances are unlikely to materially improve over a significant portion of the repayment period (answer all that apply):

rev. 4/2024

_____ I incurred student loans I am seeking to discharge in pursuit of a degree from an institution that is now closed.

Describe how the school closure inhibited your future earnings capacity:

_____

_____

_____

_____ I am not currently employed.

_____ I am currently employed, but I am unable to obtain employment in the field for which I am educated or have received specialized training.

Describe reasons for inability to obtain such employment, and indicate if you have ever been able to obtain such employment:

_____

_____

_____

___✓___ I am currently employed, but my income is insufficient to pay my loans and unlikely to increase to an amount necessary to make substantial payments on the student loans I am seeking to discharge. Please explain why you believe this is so:

I am currently self-employed and do not bring in enough money to make substantial payments on the student loans.

_____ Other circumstances exist making it unlikely I will be able to make payments for a significant part of the repayment period.

Explain these circumstances:

_____

_____

_____

## IV.    PRIOR EFFORTS TO REPAY LOANS

20.    I have made good faith efforts to repay the student loans at issue in this

12

rev. 4/2024

proceeding, including the following efforts:

21.    Since receiving the student loans at issue, I have made a total of $ _N/A_

in payments on the loans, including the following:

_N/A_ regular monthly payments of $ _____ each.

_N/A_ additional payments, including $ _____ , $ _____ , $ _____ .

22.    I have applied for _N/A_ forbearances or deferments. I spent a period totaling

_N/A_ months in forbearance or deferment.

23.    I have attempted to contact the company that services or collects on my student

loans or the Department of Education regarding payment options, forbearance and deferment

options, or loan consolidation at least __5__ times.

24.    I have sought to enroll in one or more "Income Deferred Repayment Programs"

or similar repayment programs offered by the Department of Education, including the following:

Description of efforts:

_I have been in an IDR program facilitated_
_by Titan Prep for 4+ years_

25.    [If you did not enroll in such a program] I have not enrolled in an "Income

Deferred Repayment Program" or similar repayment program offered by the Department of

Education for the following reasons:

_____

_____

_____

26.    Describe any other facts indicating you have acted in good faith in the past in

attempting to repay the student loan(s) you are seeking to discharge. These may include efforts to

rev. 4/2024

obtain employment, maximize your income, or minimize your expenses. They also may include any efforts you made to apply for a federal loan consolidation, respond to outreach from a loan servicer or collector, or engage meaningfully with a third party you believed would assist you in managing your student loan debt.

*I have obtained employment, minimized my expenses, my loans have been consolidated and I have contacted a third party to assist with my student loan debt.*

## V.     CURRENT ASSETS

27.     I own the following parcels of real estate:

Addresses:       __153 N Day St Powell, Wy_____

_____

Owners:[7]       CHRISTOPHER MICHAEL BICKFORD _____

_____

Fair market values:       _____

_____$169,511.00_____

Total balance of mortgages       ___$158,884.46_____
and other liens:

_____

28.     I own the following motor vehicles:

Make and model:             ___2016 Dodge 3500_____

Fair market value:          __$19318.00_____

Total balance of vehicle       __$18,580.00_____
loans and other liens:

---

[7] List by name all owners of record (self and spouse, for example).

14

29.     I hold a total of $ _____0_____ in retirement assets, held in 401k, IRA and similar retirement accounts.

30.     I own the following interests in a corporation, limited liability company, partnership, or other entity:

| Name of entity | State incorporated[9] | Type[8] and percentage of ownership interest |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

31.     I currently am anticipating receiving a tax refund totaling $_____0_____.

---

[8] For example, shares, membership interest, partnership interest.

[9] The state, if any, in which the entity is incorporated. Partnerships, joint ventures, and some other business entities might not be incorporated.

rev. 4/2024

## VI.   ADDITIONAL CIRCUMSTANCES

32.   I submit the following circumstances as additional support for my effort to discharge my student loans as an "undue hardship" under 11 U.S.C. §523(a)(8):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*Chris Bickford*
Signature

*Christopher M. Bickford*
Name:

*3-24-25*
Date:

16

rev. 4/2024