FILED
UNITED STATES BANKRUPTCY COURT
DISTRICT OF WYOMING
4:03 pm, 8/18/26
HJ Esterholdt
Clerk of Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In re:<br><br>CHRISTOPHER MICHAEL BICKFORD,<br><br>Debtor | Case No. 24-20508<br>Chapter 7 |

**ORDER FOR ABANDONMENT OF REAL PROPERTY**

THIS MATTER comes before the court on the Motion to Compel Abandonment of Real Property and Notice filed by Debtor Christopher Michael Bickford, *pro se* (ECF Nos. 20 and 23), requesting the Trustee abandon his homestead. The court, having examined the file,

FINDS that service of notice of the Motion appears proper, no objection was filed, and on April 14, 2025, the Trustee filed a report of no assets in this Chapter 7 case. The court finds that said property should be abandoned on the grounds the property is burdensome or of inconsequential value and benefit to the estate.

IT IS, THEREFORE, ORDERED, that pursuant to 11 U.S.C. § 554(b) and Fed. R. Bankr. P. 6007, Randy Royal, the Chapter 7 Trustee, shall abandon certain property of the estate, to wit:

> Real property located in Park County, Wyoming at
> 153 N. Day St., Powell, Wyoming 82435.

IT IS FURTHER ORDERED that entry of this Order shall be deemed to constitute the abandonment of said property by the Trustee.

BY THE COURT

Cathleen D Parker 8/18/2026

Honorable Cathleen D. Parker
United States Bankruptcy Court
District of Wyoming

Service to:

Christopher Michael Bickford
Randy Royal, Trustee
United States Trustee